IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| REDNECK YACHT CLUB, LLC )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>)<br>DANNY KELLY, dba REDNECK )<br>YACHT CLUB )<br>)<br>and )<br>)<br>GONE COUNTRY MOTOR SPORTS, INC., )<br>dba REDNECK YACHT CLUB )<br>)<br>*Defendants*. ) | CIVIL NO. 3:09-cv-811<br><br>JUDGE WISEMAN<br><br>MAGISTRATE JUDGE BROWN |

## ORDER OF COMPROMISE AND DISMISSAL WITH PREJUDICE

It appearing to the Court, as evidenced by the signatures of counsel hereon, that all matters in controversy between Plaintiff Redneck Yacht Club, LLC and Defendant Danny Kelly and Gone Country Motor Sports, Inc. have been compromised and settled.

It is therefore ORDERED that the action of Plaintiff against Defendant be DISMISSED WITH PREJUDICE, with court costs taxed equally to the parties.

ENTERED this 15th day of APRIL, 2010.

It is so ORDERED.

THOMAS A. WISEMAN, JR.
Senior U.S. District Judge